*OFFICE OF THE CLERK*

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650

**MARY E. D'ANDREA**
Clerk of Court

*Divisional Offices*
Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380



June 5, 2000

Mr. Junior Frederick
#48440-053
USP-Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

FILED
HARRISBURG
JUN 2 8 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Re: Frederick v. Romine

Dear Mr. Frederick:

**1:CV-01-1196**

I am writing in response to your letter to the Clerk of Court regarding your action received in this office on May 19, 2000. Your complaint was neither accompanied by a filing fee nor application to proceed in forma pauperis and authorization form.

On May 22, 2000, we advised you that in view of the fact that your complaint contained claims regarding prison conditions, it should be filed as a civil rights complaint, and as such, should be accompanied either by the $150.00 filing fee or an application to proceed in forma pauperis and authorization form, which authorizes prison officials to withdraw funds from your prison account to pay the filing fee over a period of time.

Although you argue that you wish to file your action as a habeas corpus petition, habeas relief may only be sought when a party challenges the fact or duration of his/her confinement, which is not the case in this instance. I am enclosing an application to proceed in forma pauperis and authorization form for your use.

Sincerely,

Lois A. Fuller
Pro Se Office

laf
Enclosures

RECEIVED SCRANTON
JUN - 2 2000
PER _____
DEPUTY CLERK

Office of the Clerk
Mary E. D'Andrea Clerk
United States District Court
Middle District of Pennsylvania

Dear Clerk D. D'Andrea

Reference is made to your letter addressed to me and dated 5/23/00. You indicated on the first paragraph that I should submit a Form of Pauperis or pay a filing fee of $150. At the second paragraph in your letter you indicated that a Habeas Corpus Petition must be accompanied by a filing fee of $5.00 or a Proper Forma of Pauparis form.

Please let the record show that I am seeking Habeas Corpus relief for an unconstitutional treatment. I am challenging the constitutionality of living in a cell smaller than the size that is allowed by law and under the eighth amendment. By law I am intitled to 40-50 square feet of living space. I am now living in approx. 20 square feet, and this can be considered as cruel and unusual treatment, and punishment in violation of the eighth amendment.

If you read my Habeus Corpus complaint carefully you will see that I am not asking for Monetary damages consistant with title 28 sec. 1331 or under title 42 section 1983 USC. My Habeus Corpus Petition will indicate that I am not seeking any Monetary Damages but I am seeking Habeus Corpus Relief under 2242 which is the General Habeus Corpus Statue.

Now for these reasons set fourth hear-in I am requesting that you waive the $250 filing fee since I am not seeking monetary Damages and treat my motion as a Habeus Corpus Petition Challenging the Constitutionality of Confinement as illegal. My civil and human and Constitutional rights are being violated at this very moment, why should I be forced to pay a $250 to enforce my rights that are guaranteed by the Constitution the end of Justice would best served if this Court would get a date for an Evidentiary hearing and rule on the merits of this case further more my prison asignment only pays approx. $50. a month. So it would be fruitless to try to collect $250 out of a $50 month pay in Conclusion treat my Habeus Corpus as a

Motion seeking relief for unconstitutional treatment and mail me a reciept for $50 for filing fee as expeditiously as possiable. + Justicia — Omnibus

Respectfully
Requested

Jenison Frederick
48440-053
5-30-00

#3

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT of PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue, RM. 423
P.O. Box 1148
Scranton, PA 18501-1148

(717) 207-5600, FAX (717) 207-5650

MARY E. D'ANDREA
Clerk of Court

Divisional Offices

Harrisburg:    (717) 221-3920
Williamsport:  (717) 323-6380

5/22/00

TO: Junior Frederick #48440-053

REFERENCE: Frederick v. Romine

Please see the paragraph checked below:

__✓__  A prisoner filing a civil rights complaint* in the Middle District of Pennsylvania must submit either the statutory filing fee of $150.00 (effective December 18, 1996) or a proper application to proceed in forma pauperis AND an Authorization form (both forms are enclosed). The in forma pauperis and Authorization forms should be returned within thirty (30) days.

_____  A habeas corpus petition must be accompanied either by a $5.00 filing fee or the proper in forma pauperis application (form enclosed).

_____  A petition for a writ of mandamus must be accompanied either by a $150.00 filing fee or the proper in forma pauperis application (form enclosed).

_____  Each plaintiff must complete his/her own application to proceed in forma pauperis and Authorization form. The filing fee for a civil rights complaint is $150.00, regardless of the number of plaintiffs named in the action.

_____  In forma pauperis application and/or Authorization form not signed.

_____  Complaint/petition is not signed.

_____  This office does not provide copies of Local, Federal Criminal Civil Rules of Procedure to the public. Please check your institutional library.

*Since your complaint concerns prison conditions, it is a civil rights action, rather than a habeas corpus petition

Clerk of Court, Mary E. D'Andrea

By: _____